# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **WILLIAM L. ALEXANDER,** | ) | Case No. 5:06CV2827 |
| | ) | |
| Petitioner, | ) | **JUDGE SARA LIOI** |
| | ) | |
| v. | ) | |
| | ) | **JUDGMENT ENTRY** |
| **DAVID BOBBY, WARDEN,** | ) | |
| | ) | |
| | ) | |
| Respondent. | ) | |

The above action came before the Court on petitioner William L. Alexander's Petition for a Writ of Habeas Corpus. In an Order and Decision issued by this Court this day, the Magistrate Judge's Report and Recommendation was adopted in full. This Court hereby certifies, pursuant to 28 U.S.C. § 1915(a), that an appeal from this decision would be frivolous and could not be taken in good faith, and that there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). The above action is hereby **DISMISSED**.

**IT IS SO ORDERED**.


Dated: July 6, 2007

*s/ Sara Lioi*
Hon. Sara Lioi
United States District Judge